*UNITED STATES DISTRICT COURT*
**DISTRICT OF ARIZONA**

**United States of America**

v.

**MATTHEW M. BUCKLEY,**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

**No.   05-4255MP**

Attorney for Defendant

DOB: 1979   SSN:

**THE DEFENDANT ENTERED A PLEA OF** guilty on 10/14/05 to Citation L0132056.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating 43 C.F.R.423.4(d), Operating a Water Craft Under the Influence of Alcohol and/or Drugs (First Offense), a Class B Misdemeanor offense, as charged in Citation L0132056.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby placed on supervised probation for a term of **ONE (1) YEAR,** fine of $500.00, special assessment of $10.00 and CVB processing fee of $25.00.

**TOTAL CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk, U.S. District Court, Attn: Finance, Suite 130, 401 West Washington St., SPC 1, Phoenix, Arizona 85003-2118, the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $10.00     **FINE:** $500.00   **CVB PROCESS FEE:** $25.00
**RESTITUTION:** $0.00

The total special assessment of $10.00 shall be paid pursuant to Title 18, United States Code, Section 3013.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). Once defendant is released from federal and state custody defendant is to make monthly restitution payments of no less than $-------- payment per month.

Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

Case 3:05-po-04255-MEA   Document 1   Filed 10/27/05   Page 2 of 3

05-4255MP                                                                                           Page 2 of 3
USA vs. Matthew M. Buckley

## CONDITIONS OF SUPERVISION

The defendant shall comply with the standard conditions of supervision adopted by this Court in General Order 04-11:

1) You shall not commit another federal, state, or local crime during the term of supervision.
2) You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer.
3) You shall report to the Probation Office as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.
4) You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
5) You shall support your dependents and meet other family responsibilities.
6) You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7) You shall notify the probation officer at least ten days prior to any change of residence or employment.
8) You shall refrain from excessive use of alcohol and are subject to being prohibited from the use of alcohol if ordered by the Court in a special condition of supervision.
9) You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. Possession of controlled substances will result in mandatory revocation of your term of supervision.
10) You shall not frequent places where controlled substances are illegally sold, used, distributed or administered, or other places specified by the Court.
11) You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
12) You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
13) You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.
14) You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
15) As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm your compliance with such notification requirement.
16) If you have ever been convicted of a felony, you shall refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapon. If you have ever been convicted of a misdemeanor involving domestic violence, you shall refrain from possession of any firearm or ammunition. Possession of a firearm will result in mandatory revocation of your term of supervision. This prohibition does not apply to misdemeanor cases that did not entail domestic violence, unless a special condition is imposed by the Court.
17) Unless suspended by the Court, you shall submit to one substance abuse test within the first 15 days of supervision and at least two periodic substance abuse tests, but no more than four per month, during the period of supervision, pursuant to 18 U.S.C. §§ 3563(a)(5) or 3583(d);
18) If supervision follows a term of imprisonment, you shall report in person to the Probation Office in the district to which you are released within seventy-two (72) hours of release.
19) You shall pay any monetary penalties as ordered by the Court. You will notify the probation officer of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

Case 3:05-po-04255-MEA   Document 1   Filed 10/27/05   Page 3 of 3

05-4255MP                                                                                          Page 3 of 3
USA vs. Matthew M. Buckley

The defendant shall also comply with the following special conditions:
1. Defendant shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. Defendant shall contribute to the cost of treatment in an amount to be determined by the probation officer. Defendant shall provide written verification of successful completion signed by the director or supervisor of the program within 90 days of sentencing or as directed by the supervising probation officer.
2. Defendant shall complete a Boaters Safety Course and provide written verification of completion to the United States Probation Office in Flagstaff, Arizona within 180 days of sentencing.
3. Defendant shall not consume or posses any alcohol during the term of probation.
4. Defendant shall pay any monetary penalties as ordered by the Court as follows: $200.00 payment on October 14, 2005 and the remaining $335.00 by November 15, 2005.
5. Defendant to inform his felony probation officer in Riverside, CA of this conviction.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver. However, should you believe you still have a right to appeal this matter, you must file a written notice of appeal with the Clerk of the Court in Phoenix, Arizona within ten (10) days from the imposition of sentence.

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervise release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver one certified copies of this judgment to the United States Marshal of this district.

Date of Imposition of Sentence: **Friday, October 14, 2005.**

_____   Date October 14, 2005
MARK E. ASPEY, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution

designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____   By:_____
United States Marshal                                    Deputy Marshal