051630004

**U.S. Bureau of Land Management**
**United States District Court**
**Violation Notice**

CVB Location Code
AZ197

| Violation No. | Officer Name (Print) | Officer No. |
|---|---|---|
| L 0132056 | BLACHIE RIO8 | |

L 0132056

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 9/3/05 17:15 | 43 CFR 423.4(a) |

Place of Offense   THOMPSON BAY

Offense Description
Operation of Watercraft under Influence

### DEFENDANT INFORMATION     Phone: (        )        -

| Last Name | First Name | M.I. |
|---|---|---|
| BUCKLEY | Matthew | M |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Perris | CA | 92570 | |

| Driver's License No. | D.L. State | Social Security No. |
|---|---|---|
| | CA | |

| ☑ Adult ☐ Juvenile | Sex ☑ Male ☐ Female | Hair | Eyes | Height | Weight |

### VEHICLE DESCRIPTION     VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | | | SCARAY Select 22FT | BLK white |

**A** ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

| $ | Forfeiture Amount |
|---|---|
| + $25 | Processing Fee |

PAY THIS AMOUNT → | $ | **Total Collateral Due** |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 809 E BEAL ST KINGMAN, AZ 928-774-2566 | 10/14/05 Time (hh/mm) 09:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy                                    BLM Form 9260-9 (July 2005)

STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on 9 3 , 2005 while exercising my duties as a law enforcement officer in the _____ District of Arizona

I stopped a vehicle being operated
by Buckley for [reckless] operation
upon contact I smelled an
odor of an alcoholic beverage
on his breath.
As I intoxilizer results of
Buckley's breath choice
.104 + .107 blood alcohol
level.

The foregoing statement is based upon

☑ my personal observation       ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on: 4/3/05   [signature]
              Date (mm/dd/yyyy)              Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
              Date (mm/dd/yyyy)        U.S. Magistrate Judge