UNITED STATES DISTRICT COURT — MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - Flagstaff

DATE: 10/14/2005     CASE NUMBER: 05-4255MP

USA vs. Matthew M. Buckley

U.S. MAGISTRATE JUDGE: MARK E. ASPEY   #: 70BP

A.U.S. Attorney _____     INTERPRETER _____
                                    LANGUAGE _____
Attorney for Defendant Pro-Se

DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☒ RELEASED

- ☒ Initial Appearance
- ☐ Appointment of counsel hearing held
- ☐ Financial Afdvt taken
- ☐ Dft Released

**PLEA HEARING:** ☒ Held  ☐ Cont'd  ☐ Reset

Set for: _____  before: _____

- ☒ Consent to be tried by a Magistrate Judge oral. Misd: ☐ Class A  ☒ Class B  ☐ Class C
- ☐ Consent of Defendant/Order of Referral
- ☐ Waiver of Indictment filed ___  ☐ Information filed ___
- ☐ Dft states true name to be ___.
- ☒ Defendant sworn and examined by the Court

Dft Enters: ☒ GUILTY PLEA to L0132056 of the ☐ Information ☐ Indictment ☒ Citations

☒ Court ☒ accepts ☐ recommends dft's plea and finds plea to be freely and voluntarily given

Plea agreement: ☒ FILED  ☐ LODGED  ☐ SEALED _____

- ☐ Court does not accept defendant's plea of guilty because _____
- ☐ Status Hearing set for _____ before _____
- ☐ All citations to be dismissed upon entry of judgment
- ☐ ORDER vacate trial date/motion hearing/motions moot
- ☐ ORDER defendant remain released pending sentence  ☐ remanded to USM
- ☐ PSI ORDERED  ☐ EXPEDITED  ☐ PSI waived  ☒ Time waived for passage of sentence

Other: Sentence: One (1) year supervised probation, fine of $500.00, special assessment of $10.00 and CVB processing fee of $25.00

RECORDED: Cass. Courtsmart
BY: Christina S. Hurley
Courtroom Clerk