WRITTEN RECORD OF PLEA AGREEMENT
U.S. MAGISTRATE JUDGE MARK E. ASPEY
FLAGSTAFF, ARIZONA

**UNITED STATES OF AMERICA v. Matthew M. Buckley**
MAG./CITATION NO(s). L0132056         05-4255mP

**DEFENDANT'S ADDRESS**: 20282 Jefferson Street, Perris, California 92570

**YOB**: 1979 **SSN**:        **LICENSE NO. B8967977   STATE: California**

**VIOLATION(s) PLEADING GUILTY TO**: 43 CFR 423.4(d) operation of watercraft while under the influence of alcohol

**CLASS OF OFFENSE/DESCRIPTION:**
Class B misdemeanor, operation of watercraft under the influence of alcohol, test result of 0.104

**MAX. FINE**: ($5000.00) Class B misdemeanor

**MAX. IMPRISONMENT**: (180 days) Class B misdemeanor

**MANDATORY SPECIAL ASSESSMENT** (18 U.S.C. §3013) **/ $25.00 CVB Processing Fee**:
Special assessment fee for class B misdemeanor is $10.00, CVB processing fee is $25.00

**MAX. PROBATION/SUPERVISED RELEASE**: (18 U.S.C. § 3561 and § 3583)
Probation not more than five years for a misdemeanor, supervised release not more than one year for a misdemeanor

**RULE 11 (C)(1)(B), F. R. Crim. P., RECOMMENDED SENTENCE**:
In regard to citation number L0132056, operation of watercraft under the influence of alcohol, for a first offense, the recommended sentence is $500.00, $25.00 CVB processing fee, $10.00 mandatory special assessment fee for class B misdemeanor, one year probation, and alcohol screening. (Supervised Probation)

**RESTITUTION**: (18 U.S.C. § 3663) Not applicable

**DISPOSITION OF ADDITIONAL CHARGES**: Not applicable

I, Matthew M. Buckley, understand that the above sentencing recommendation is <u>not</u> binding upon the Court and if the Court rejects the recommendation and imposes a sentence different from that recommended, I will <u>not</u> be permitted to withdraw my plea of guilty.

By pleading guilty, I will be giving up my rights to plead not guilty; to confront, cross-

Plea Agreement
Page 2

examine and compel the attendance of witnesses at trial; to present evidence in my defense; to remain silent and refuse to be a witness against myself by asserting my privilege against self-incrimination- all with the assistance of counsel - and to be presumed innocent until proven guilty beyond a reasonable doubt. I waive my right to trial, including a jury trial if applicable, agree to enter my guilty plea before and to be sentenced by a U.S. Magistrate Judge, and waive my right to appeal or otherwise challenge my conviction. The nature of the charge(s) and the possible penalties have been explained to me, and there is a factual basis for each charge to which I am pleading guilty. I understand that the Court may later modify the terms and conditions of any probation or supervised release ordered as part of my sentence. My guilty plea is not the result of force, threats, or promises other than any promised contained in this written agreement. I am not under the influence of alcohol or drugs and am fully capable of understanding this agreement and enter into it knowingly and voluntarily.

_____        10/14/05
Defendant                        Date

_____        _____
Defendant's Attorney             Date

_____        10/14/05
Prosecuting Agency               Date

__X__ ACCEPTED
     and so ordered

_____ REJECTED        _____        10-14-05
                      MARK E. ASPEY                    Date
                      U.S. Magistrate Judge